UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| 10E, LLC, a Limited Liability Company,<br><br>   Plaintiff-Appellant,<br><br>  v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a corporation,<br><br>   Defendant-Appellee,<br><br> and<br><br>ERIC GARCETTI, an individual; DOES, 1 to 25, inclusive,<br><br>   Defendants. | No.   20-56206<br><br>D.C. No.<br>2:20-cv-04418-SVW-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Proceedings in this appeal are stayed pending this court's decisions in 20-16858, *Mudpie, Inc. v. Travelers Casualty Ins*.; 20-17422, *Chattanooga Pro Baseball v. National Cas. Co*.; and/or 21-55123, *Selane Products, Inc. v. Continental Cas. Co*.; or further order of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Jeffrey L. Fisher
Deputy Clerk
Ninth Circuit Rule 27-7