UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| 10E, LLC, a Limited Liability Company,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a corporation,<br><br>   Defendant-Appellee,<br><br> and<br><br>ERIC GARCETTI, an individual; DOES, 1 to 25, inclusive,<br><br>   Defendants. | No. 20-56206<br><br>D.C. No. 2:20-cv-04418-SVW-AS<br>Central District of California, Los Angeles<br><br>ORDER |

The parties' stipulated motion for voluntary dismissal of this appeal (Docket Entry No. 34) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court will act as and for the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Diana Cruz
        Deputy Clerk
        Ninth Circuit Rule 27-7

DC/Research